### October 24, 2014

| | | |
|---|---|---|
| CAAP–12–00 00299 | Ashley v. Hart | Affirmed |
| CAAP–12–00 00120 | Maukele v. Casumpang | Affirmed |